**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Respondent,<br><br>  v.<br><br>MANUEL AREVALO MENA,<br><br>       Movant. | Case Nos. **EDCV 13-02263-VAP**<br>          EDCR 11-00087-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movants's Motion for Relief Under 28 U.S.C. § 2255 is DENIED.  The Court orders that such judgment be entered.

Dated: April 14, 2014

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge